IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DEANDRE PRUCHA,

Defendant.

**8:26-CR-182**

**ADOPTION OF MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY**

This matter is before the Court on the magistrate judge's Findings and Recommendation, Filing 26, recommending that the Court accept the defendant's plea of guilty to Count I of the Indictment. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the magistrate judge. The Court notes that the magistrate judge ordered the United States "to file, on the record, their intentions with regard to Count II, should the Defendant be sentenced on Count I, and do so by this Friday, which is October 30th, 2026." Filing 31 at 19. The United States did not file anything on the record as ordered by the magistrate judge. The United States is ordered to state its intention as to Count II within 48 hours of this order (*i.e.*, whether the United States intends to proceed with or dismiss the remaining count).

IT IS ORDERED:

1. The magistrate judge's Findings and Recommendation, Filing 26, is adopted;

2. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea;

3. The United States must state its intention as to Count II within 48 hours of this order; and

4. This case shall proceed to sentencing.

Dated this 10th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge